JAMES STROUSE #15976078
RONALD BOYAJIN #3390O112
JOHN DOE 1-200 (ORLANDO VASQUEZ #38348048, JD1)
P.O. BOX 24550
TUCSON, AZ. 85734

FILED ___ LODGED
RECEIVED ___ COPY
SEP 21 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

CV17-0471 TUCRCCPSOT

JAMES STROUSE,
RONALD BOYAJIN,
JOHN DOE 1-200 (ORLANDO VASQUEZ) JD1, Civil Class Action No.
vs.
SIS MADRID,
SIS LAWSON,
CASE MGR. GJURGEVICH, et, al.

ON PETITION FOR CLASS ACTION
CIVIL RIGHTS COMPLAINT UNDER 28:1331

GROUND ONE

IN RE: JAMES STROUSE; ON 9/14/2017 SIS LAWSON, CASE MGR. GJURGEVICH CONDUCTED A CELL SEARCH at UNIT A-2, CELL #117 AROUND 2:10 PM.

1

SEE BACKSIDE

UPON THE SEARCH, RESPONDENT(S) Illegally SEIZED STROUSE'S LEGAL MATERIAL(S), LOOKED THROUGH IT, AND CONFISCATED IT.

ON 9/15/2017 at USP TUCSON, STROUSE WAS ESCORTED FROM LAW LIBRARY AT 10:00 AM, TO THE LT'S OFFICE, UPON ARRIVAL, MS. MADRID (SIS) CONFISCATED MY BAG, WHICH CONTAINED THE REMAINDER OF MY LEGAL MATERIALS. SHE BEGAN TO LOOK THROUGH AND READ THEM. I ASKED FOR TO RETURN ALL OF MY LEGAL MATERIAL(S), INCLUDING PARTICULARLY MY OUTGOING LEGAL MAIL PERTAINING TO MY PENDING LITIGATION. SHE TOLD ME I WAS SEIZING ALL OF MY LEGAL MATERIAL AND I COULD NOT HAVE IT. THEN SHE PLACED ME IN THE (SHU) SPECIAL HOUSING UNIT, AKA, SEGREGATION.

THIS HAS IMPEDED MY ACCESS TO THE COURTS, INCLUDING (SHU) LAW LIBRARY.

GROUND TWO

IN RE: RONALD BOYAJIN; ON AUGUST 25, 2017 WAS CALLED TO THE LT'S OFFICE AROUND 12:00. A WOMAN APPROACHED ME, but REFUSED TO IDENTIFY HERSELF, SHE HAD DARK HAIR AND APPEAR TO BE HISPANIC. INMATE(S) IN THE (SHU) TOLD ME THAT PERSON IS (SIS MADRID). THIS WOMAN HAD ALL OF MY LEGAL MATERIALS FROM MY CELL ALONG WITH SOME (INCOMING LEGAL MAIL) ON THAT SAME DAY THAT

2

had not been delivered to me. She began to read + look over legal mail and the legal materials. She says that i am sending these materials and incoming legal mail to legal dpt., and placed me in the (SHU).

It has been close 30 days now where i been held in the SHU without any justification or any write ups (sanctions). I have no adequate phone access, or access to any of my legal materials. Thereby, i have been constructively denied any access to the courts - particularly, at a time where i have (4) four pending legal actions in the Ninth Cir. Court of ~~Appeas~~ Appeals, and denial of access to SHU law library.

### GROUND THREE

IN RE: JOHN DOE 1; Unlawful seizures of inmate's legal material(s) and impeding their access to the court(s), including (SHU) law library. (JOHN DOE 2, Orlando Vasquez #38348048).

### CONCLUSION

For the above and foregoing reasons, petitioner(s) respectfully request that this Honorable Court grant attached subpoena(s), and order preliminary injunction against the respondent(s).

SEE BACKSIDE                    3

Also, PETITIONER(S) RESPECTfully REQUEST(S) REQUEST THAT THIS COURT SERVICE ATTACHED SUBPOENA(S) by THE U.S. MARSHALLS TO THE RESPONDENT(S) AT USP TUCSON, 9300 S. WILMOT Rd., TUCSON, AZ. 85756, AND Also TO CEASE AND DECIST FROM ANY FURTHER RETALICATON, AND IMPEDING THE COURT'S, INCLUDING ACCESS TO (SHU) LAW LIBRARY.

Respectfully Submitted

I, JAMES STROUSE, RONALD BOYAJIN AND JOHN DOE(S) declare UNDER THE PENALTY OF PERJURY 28 USC §1746 ON THIS 17TH. DAY OF SEPTEMBER 2017 THAT THE Above AND Foregoing petition is true and Correct.

*James Brandon Strouse*
— JAMES STROUSE

*Ronald B___*
RONALD BOYAJIN

/S/ JD1-8 V___
JOHN DOES

~~MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS~~
I, JAMES STROUSE declare under penalty of PERJURY and §1915 THAT I AM INDIGENT, AND Have .06¢ ON MY ACCOUNT, AND petition IN FORMA PAUPERIS UNDER JAMES STROUSE, et., Al. AND petition USP TUCSON TO File AND PROCESS ANY FORMA PAUPERIS Document(s) due to RETALIATION.

*James Strouse*
JAMES STROUSE

4

CV17-0471 TUCRCCPSOT

Dear Clerk of the Court

FILED / RECEIVED / LODGED / COPY
SEP 21 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

RE: (1) JAMES STROUSE #15976078
(2) RONALD BOYAJIN #33900-112
(3) JOHN DOE 1 - ORLANDO VASQUEZ #38348048
(4) JOHN DOE 2-200
P.O. BOX 24550, TUCSON, AZ. 85734

Can you please file attached motion(s), we are currently in (SHU) Special Housing Unit. Denied access to adequate paper, SHU law library, and our property. Our legal materials, legal mail is still seized.

_James Strouse_
JAMES STROUSE

_R Boya_
Ronald Boyajin

JOHN DOE 1 - _Orlando Vasquez_
JOHN DOE 1 - ORLANDO VASQUEZ

/S/
JOHN DOE 2-200

9/17/2017
DATE

SINCERELY