James Strouse #15976078

Ronald Boyajian #33900-112

P.O. Box 24550

Tucson, AZ. 85734

IN THE

UNITED STATES DISTRICT COURT

TUCSON DIVISION

James Strouse, et, al.,

vs.

D. Madrid-SIS,

Theresa Talplacido-Legal Ass.

Civil Action No.

4:17 CV 471

## MOTION TO PRESERVE EVIDENCE

Now comes Petitioners', aka Pet., Pet's, Pets' in Pro Se and Liberal Construction, Estelle vs. Gamble (1976) 429 US 97, 106.

### I.

### GROUNDS FOR RELIEF

Now comes Pets' in the above styled action no. 4:17 CV 471 petitions this court to preserve evidence in support of Pet(s) Complant, i.e. 28 USC § 1331 Civil Rights.

SEE BACKSIDE

PAGE 1 OF 5

# A.
## RONALD BOYAJIAN #33900-112

1. PRESERVE VIDEO AT R&D MAIL-ROOM, ON 8/25/2017, BETWEEN 11:15 A.M. - 11:59 A.M. SIGNING INCOMING LEGAL LOG IN LIST, AND STAFF OPENING & READING CONTENTS AND RELEASE LEGAL MAIL TO D. MADRID-SIS, (USP TUCSON).

2. PRESERVE VIDEO AT COMPOUND LT'S OFFICE USP TUCSON ON 8/25/2017, BETWEEN 1300-1500 HOURS. AROUND 1320 HOURS PET. BOYAJIAN AT LT'S OFFICE SHOWING D. MADRID-SIS IN POSSESSION OF HIS LEGAL MAIL, AND READING HIS LEGAL MAIL, AND 1330-1500 WENT TO UNIT E-1, CELL #230 AND SEIZED ADDITIONAL POST LEGAL MAIL & LEGAL MATERIALS, AND RETURNING TO LT'S OFFICE, AND READ HIS LEGAL MATERIALS IN FRONT OF PET.. SHORTLY ESCORTED PET. TO SEGREGATION.

3. ON 9/25/2017 THERESA TALPLACIDO LEGAL ASSISTANT FILED & CHARGED SANCTION(S) AS TO PET. (BOYAJIAN), ~~OPEN~~ ON AN INCIDENT REPORT OPENLY ADMITTED THAT SHE NOW POSSESSED, SEIZED & READ HIS INCOMING LEGAL MAIL FROM ATTORNEY MICHAEL DEMPSEY.

in regards to issue(s) in his open, pending case. PRESERVE INCIDENT REPORT without being destroyed, i.e. deleted, RE-WRITTEN, disposed of as to PET. (BOYAJIAN).

4. PRESERVE EMAILS ADDRESSED TO WARDEN, LEGAL STAFF, UNIT COUNSELOR BYLER E-1 FROM ATTORNEYS' Michael DEMPSEY + BARRY FISHER IN REMIT INCOMING LEGAL PHONE CALLS AS TO PET. BOYAJIANS PENDING OPEN CASE(S). ON 9/22/2017 ATTORNEY BARRY FISHER TALKED WITH PET. (BOYAJIAN). AND also REQUESTED ANOTHER LEGAL PHONE CALL AS TO HIS CASES, WAS DENIED BY LEGAL ASS.- THERESA TALPLACIDO ~~LEGAL ASS~~. AND WAS FURTHER DIRECTED THAT PET. (BOYAJIAN) WAS "NOT" RECEIVING ANY FURTHER INCOMING LEGAL CALLS, PER-THERESA TALPLACIDO-LEGAL ASS.

B.

JAMES STROUSE #15976078

1. PRESERVE VIDEO ON 9/14/2017, UNIT A-2, CELL #117, 1400 HOURS GOING INTO PET. STROUSES CELL SEIZING LEGAL MATERIALS [EX]CEPT HIS LEGAL IN HIS POSSESSION, AND LEGAL MATERIALS IN HIS POSSESSION WHILE AT LAW LIBRARY.

2. PRESERVE VIDEO AT USP TUCSON COMPOUND Lt's OFFICE ON 9/15/2017 BETWEEN 10:00 A.M. – 10:30 A.M. THAT D. MADRID-SIS SEIZING STROUSE'S LEGAL BAG, PULLING OUT HIS LEGAL MAIL, LARGE ENVELOPE BROWN, POSTAGE STAMPS AFFIXED, WITH WHITE MAILING LABEL, AND READING. PULLING OUT ADDITIONAL LEGAL ENVELOPE (LEGAL MAIL) AND READING, AND ESCORTING PET. STROUSE TO THE (SHU) SPECIAL HOUSING UNIT. FAILING TO RETURN HIS LEGAL MAIL ADDRESSED TO U.S. DISTRICT COURT AND U.S. COURT OF APPEALS.

3. PRESERVE VIDEO EVIDENCE AT USP TUCSON COMPOUND Lt's OFFICE ON 9/15/2017 BETWEEN 10:00 A.M. – 11:00 A.M. SEIZING STROUSE'S LEGAL MAIL, LEGAL MATERIALS FROM HIS BAG, AND deliver to "THERESA TALPLACIDO" LEGAL ASSISTANT.

## CONCLUSION

PETS' PETITION THIS COURT TO ORDER SAID DEPENDANTS' NOT TO DESTROY EVIDENCE AND PRESERVE FOR FUTURE CIVIL PROCEEDINGS.

Respectfully Submitted
10/1/2017

## Q II.

## CERTIFICATE OF SERVICE

I James Strouse, et, al certify under penalty of perjury declare above motion is true and correct on this 1st day October 2017, and that mailed notice to preserve evidence to said @ Defendant(s).

*James Strouse, et, al*

## ONGOING RETALIATION

Upon serving this notice to said defendent(s) on 10/2/2017, Ronald Boyajian and James Strouse resided in D-Range #208, S.I.S + Legal Dpt. soon after removed Boyajian from cell #D-208 and transfered to SHU B-Range, cell no. unknown. While housed in cell #D-208 pet(s) Boyajian + Strouse were working on their civil class action. SIS + Legal Dpt. authorized by warden separated Boyajian + Strouse and further warned Strouse retaliation due to class action suit on deprivation of his, pet(s) 1st. Amendment right access to the courts, and legal mail, and legal phone calls.

*James Strouse*
10/2/2017

