James Strouse #15976078
USP Tucson
P.O. Box 24550
Tucson, AZ. 85734



IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TUCSON

James Strouse,
et, al.

vs.                                 Civil Action No.

J.T. Shartle, et, al.               4:17 CV 471

ON PETITION FOR JOINDER OF
DEFENDANT J.T. SHARTLE - WARDEN

Now comes Pet. (Strouse) in pro se
and liberal construction.

### JOINDER

Pet. Strouse petitions this court
to join defendant J.T. Shartle - Warden
as to USP Tucson 9300 S. Wilmot Rd.
Tucson, AZ. 85756.

SEE BACKSIDE           PAGE 1 OF

Defendant J.T. Shartle is responsible for subordinate(s), defendant's SIS D. Madrid and General Counsel Theresa Talplacido, et, al., John Doe 1-50.

Strouse filed numerous grievance(s) to the warden J.T. Shartle (BP-9's), no response, and refusal to file and process. Strouse has the 1st. Amendment to file grievances' BP-8's and BP-9's addressed to Warden, and is denied that right.

## Prayer for Relief

For the above and foregoing reason's, Strouse petition's this joinder to name J.T. Shartle as an defendant, who is responsible for subordinates, et, al. defendant's.

Respectfully Submitted

James A. Strouse
11/24/2017