IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

FILED / LODGED / RECEIVED / COPY
JAN - 2 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

JAMES STROUSE, ET, AL.,
VS.
(FBOP), ET, AL.,

CIVIL ACTION NO.
4:17 CV 471,
28: 1331,

## MOTION ISSUE PRELIMINARY INJUNCTION

ON 12/20/2017 I WAS AT C-150 RESTRICTIVE RANGE, (I/M) INMATE WOLF IN C-158 KILLED HIMSELF DUE TO RETALLIATION, SEE ATTACHED AFFIDAVIT.

ON 12/25/2017 STAFF MEMBERS CAME BY MY CELL WHILE I WAS IN BED TOLD ME WATCH YOUR BACK, BECAUSE I WRITTEN LETTER TO SIS TELLING THEM I AM CONTACTING ATTORNEY GENERAL, OPR TELL THEM THAT STAFF WAS RESPONSIBLE FOR I/M ~~WOLK~~ WOLF SUICIDE. STAFF TOLD ME WE CAN SEND YOU TO AN ACTIVE YARD WHERE THEY KILL SEX OFFENDER(S) AND POLICE. I WAS CHARGED FOR POSSESSION, AND THREATS TO GOVERNMENT, AND SERVED ALSO COAST GUARD (POLICE). (FBOP) NOW IS THREATENING MY LIFE BECAUSE THEY WANT ME QUIET ABOUT EVENTS OF INMATE WOLF'S SUICIDE. ON 12/20/2017 I/M WOLF TOLD STAFF, HE WAS KILLING HIMSELF, HE WAS VERY DEPRESSED

ALL THE STAFF MEMBERS LAUGHED AT HIM, TOLD HIM TO DO IT, SOME STAFF IGNORED HIM. STAFF REFUSED TO PLACE I/M ON SUICIDE WATCH.

PREVIOUS HE WAS SUICIDAL HE TOLD ME, THAT STAFF, SIS HARASSING HIM, I TOLD HIM I COULD HELP HIM WITH HIS LEGAL WORK, HE SAID SIS TOOK IT AND REFUSE TO RETURN. DUE TO THIS SITUATION, STAFF IS NOW THREATENING TO GET ME KILLED BY STATING THEY WILL PUT ME IN ACTIVE YARD (GENERAL POPULATION), OR IN CELL WITH ACTIVE GANG MEMBER, OR IN REC YARD WITH ACTIVE GANG MEMBERS.

James Stone
12/25/2017

IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

JAMES STROUSE, et, al.,
V.
J.T. SHARTLE - WARDEN,
D. MADRID - SIS,
THERRESA TALPLACIDO - LEGAL,
et, al.

CIVIL ACTION NO.
4:17 CV 471,

DECLARATION OF JAMES STROUSE C-150 THAT PRISON OFFICIALS', SIS, SHU ALLOWED I/M INMATE WOLF C-158 TO KILL HIMSELF ON DECEMBER 20, 2017

DECLARATION BY JAMES STROUSE:

ON AROUND 12/19/2017 I/M WOLF RANGE C-158 STATED TO MYSELF (JAMES STROUSE) AND OTHER INMATES HE WAS KILLING HIMSELF, POLICE, I.E. STAFF (SHU), SIS LAUGHED AT HIM, WHATEVER. I ASKED HIM WHY HE WAS, HE STATED CONSTANT HARRASSMENT BY CORRECTIONAL STAFF MEMBERS, ESPECIALLY SIS.

I TOLD HIM PRAY, HE WOULD NOT ANSWER ANYONE CALLING HIS NAME BUT ON TIME IN THE EVENING DECEMBER 19, 2017, TO MY KNOWLEDGE I SEEN STAFF ESCORT HIM TO CELL PAST MINE C-150 ON DECEMBER 18, 2017.

ON DECEMBER 20, 2017 SHU STAFF DELIVERED DINNER TRAYS AROUND 4:39 PM - 5:00 PM. PRIOR TO SERVING DINNER TRAYS DECEMBER 20, 2017 STAFF MEMBERS WERE DOING WALK THROUGH (RANGE C). EVERY WEDNESDAY STAFF FROM WARDENS OFFICE ON DOWN TO SUBORDINATE(S) DOES WALK THROUGH INSPECTION(S), AND ANSWER QUESTIONS FOR I/M INMATE(S), FROM 8:00 - 2:00 PM. DURING WALK THROUGH, I/M WOLF TOLD STAFF HE WAS KILLING HIMSELF, STAFF LAUGHED AT HIM. DECEMBER 20, 2017 AROUND 4:39 PM SERVED DINNER TRAYS. DECEMBER 20, 2017 5:30 - 6:00 PM STAFF PICK UP DINNER TRAYS (RANGE C) AKA THE "DUNGEON". DECEMBER 20, 2017 6:00 - 7:00 P.M. STAFF WAS DOING WALK THROUGH, AROUND 6:48 STAFF BECAME AWARE THAT INMATE, A NATIVE AK NAMED (WOLF) HANGED HIMSELF. NOT AT ANYTIME DID STAFF PULL (WOLF) OUT OF HIS CELL C-158 AND PLACE HIM ON SUICIDE WATCH. "PRIOR TO", STAFF LAUGHED AND MOCKED HIM. PRIOR TO THIS AS I FILED TO THIS COURT, AFFIDAVITS THAT STAFF LAUGHED AT ME AND THREATENED ME (SIS) TO HANG MYSELF (SO WHAT). YOUR NOT GETTING YOUR LEGAL WORK BACK + SUCH. I JAMES STROUSE DECLARE THIS STATEMENT IS TRUE AND CORRECT UNDER PENALTY OF PERJURY ON THIS 24TH DAY OF DECEMBER 2017. *James Strouse*

IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

JAMES STROUSE, et, al,

VS.                                           CIVIL ACTION NO,
J.T. SHARRE, D-MADRID,                        4:17 CV 471,
THERESSA TALPLACIDO, et, al,                  28: 1331

DEAR JUDGE

LETTER BY JAMES STROUSE:

(FBOP) IS TRANSFERRING ME FROM USP TUCSON SOON, OR NOT SOONER DUE TO THIS LAW SUIT. INMATE WOLF C-158 KILLED HIMSELF DOWN FROM MY CELL C-150. STAFF (SIS) DID THE SAME, LAUGHED AT HIM, MOCKED HIM AND TOLD HIM TO HANG HIMSELF AS THEY DID ME. BEFORE HIS DEATH, I SUBMITTED AFFIDAVITS STATING THEY STAFF TOLD ME SAME BY SIS BECAUSE OF THIS LAW SUIT. "WILL" I'M WOLF WENT AHEAD AND TAKEN THEIR ADVICE, KILL YOUR-SELF, AND HE DID. I PETITIONED THIS COURT FOR AN PRELIMINARY INJUNCTION + TRO. STAFF (SIS) CONTINUES TO RETALIATE + HARRASS ME. KEEPING ME ON RESTRICTIVE (RANGE C) 151 + 150 AND (HRA STATUS) HOUSING RECREATION ALONE FOR

RETALIATION, I WAS NEVER A THREAT TO ANY INMATES, AND (SIS) ILLEGALLY PLACED ME ON (HRA) STATUS BECAUSE OF THIS CIVIL RIGHT'S COMPLAINT. I TOLD THEM YOU WILL HAVE TO KILL ME FIRST BEFORE I DROP THIS COMPLAINT.

NOT ALL CORRECTIONAL ARE BAD, ONLY SOME ARE, INCLUDING (SIS), COMING BY MY CELL CALLING ME NAMES', I AM IN MARNIA, KILL YOURSELF, RAT, AND SO ON. THEY DID THE SAME TO I/M INMATE WOLF. STAFF ALSO STATED THEY ARE GOING TO LOOSE MY PERSONAL PROPERTY, INCLUDING PERSONAL PHOTO(S) OF DECEASED FAMILY MEMBERS.

I ALMOST KILLED MYSELF THE OTHER DAY BECAUSE OF THESE ARROGANT C/O's (SIS), THEY HAVE NO REASON TO KEEP MY LEGAL MAIL & LEGAL MATERIALS FROM 9/14/2017 & 9/15/2017 PLACING ME ON (HRA) STATUS, DENYING MY ACCESS TO THE (SHU) LAW (LIBRARY)... THROWING AWAY MY GRIEVANCE(S) AND COP OUT(S).

RESPECTFULLY SUBMITTED

James Strouse
12/24/2017

P.S. I WAS "WARNED" NOT TO TELL ANYONE BY (FBOP) ON 12/20/2017 BY SIS OR ELSE, THEY YELLED AT ME FROM C-158 AFTER THEY REMOVED THE (BODY)...