IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION



J. STROUSE, et, al.            CIVIL ACTION NO.
VS.                            4:17 CV 471,
DIRECTOR INCH, SIS MADRID,
et, AL

DEAR JUDGE

ON 2/6/2018 MY PROPERTY ARRIVED FROM USP TUCSON, "EXCEPT" MY LEGAL WORK & LEGAL MATERIALS THAT WERE SEIZED, INCLUDING MY STATUTES & RULES EDITION 2004, MEDICAL BOOTS.
    R & D AT USP II COLEMAN ALSO SIEZED MY SWEAT PANTS & SHORTS BECAUSE THEY HAVE FRONT POCKETS, I CANNOT AFFORD TO BUY NEW ONE'S WITHOUT POCKETS. USP GENERAL POPULATION WAS AFFORDED DUE PROCESS TO SOW UP FRONT POCKETS, EXCEPT NEW ARRIVALS AS MYSELF. MY COURT ORDER'S ARE MISSING FROM 3:13 CV 44 4TH. CIR. THAT I HAD IN THE SHU. PLEASE HELP.

UPON LEAVING USP TUCSON INMATES ON THE BUS TOLD ME, THAT THEY SEEN SIS MADRID, et, al GO IN MY CELL ON 9/15/2017 MORNING HRS. AFTER 10:00 AM AND SEIZED ALL MY COMMISSARY + MORE LEGAL MATERIALS.

PLEASE REQUEST SUBPOENA ISSUE TO REVIEW FOR THIS COURT. SIS ALSO SEIZED 2 EARBUDS, AND MY HEADPHONES WITHOUT CONFISCATION RECEIPT.

SINCERELY

JAMES STROUSE